# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, | Civ. No. 24-3603 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Brooks Sports, Inc., | |
| Defendant. | |

The plaintiff and Brooks Sports, Inc. have filed a Stipulation of Dismissal (Doc. No. 15). Based on that Stipulation, Brooks Sports, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERD ACCORDINGLY.**

Dated: June 10, 2025              *s/ Jerry W. Blackwell*
                                  JERRY W. BLACKWELL
                                  United States District Court Judge