# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Julie Dalton, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-3603 JWB/DTS |
| Brooks Sports, Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Brooks Sports, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered.

Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 6/10/2025                                                    KATE M. FOGARTY, CLERK